168 A.3d 1167

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. PRAKESH NAZIR, DEFENDANT–PETITIONER.

May 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004927–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1168

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ZULFIQAR AHMED, DEFENDANT–PETITIONER.

May 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003987–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.